United States Courts
Southern District of Texas
FILED

MAY 0 4 2026

Nathan Ochsner, Clerk of Court

United States District Court
Southern District of Texas

**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Laredo | | Case Number | **5:26-CV-837** |
|---|---|---|---|---|

| Leydi Vanessa Guerrero Herrera |
|---|

| *versus* |
|---|

| Markwayne Mullin, U.S. Department of Homeland Security, Todd Blanche, U.S. Attorney General, Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Miguel Vergara, Field Office Director at U.S. Immigration & Customs Enforcement; Javier Aleman, Warden, Rio Grande Process Center/Immigration Detention Respondents |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Leticia Arroyo Gonzalez<br>Law Offices of Leticia Gonzalez<br>5000 San Pedro Ave<br>San Antonio, TX 78212<br>210-293-9393      l.gonzalezlawyer.com<br>Texas 24036151, Licensed Western District of Texas |
|---|---|

| Name of party applicant seeks to appear for: | Leydi Vanessa Guerrero Herrera |
|---|---|

| Has applicant been sanctioned by any bar association or court?    Yes _____     No __✓__<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:    4/28/2026 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: **Eligible to Practice** | |
|---|---|
| Dated: **05/04/2026** | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____ May 07, 2026 _____

_____
United States District Judge